*Fresno Hrg - orig*
*CJIS 11/15/07*
*Code 11/15/07*
*Calendar*
*Transfer all citations to Fresno MJ Case*

1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   Federal Building
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone (559) 497-4000

**FILED**
MAR 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   CITATION No. P0485626 /CA 74
                                     )
11              Plaintiff,           )   MOTION AND ORDER FOR
                                     )   DISMISSAL OF CITATION - *only*
12       v.                          )
                                     )   1:07-mj-00245
13  BOB Z. MILBURN,                  )
                                     )
14                                   )
                Defendant.           )
15  _____)

16       The United States Attorney's Office, pursuant to Rule 48(a)

17  of the Federal Rules of Criminal Procedure, hereby moves to

18  dismiss the Citation without prejudice against Bob Z. Milburn, in

19  the interest of justice.

21                                       Respectfully submitted,

23                                       McGREGOR W. SCOTT
                                         United States Attorney

24  DATED: 2-29-08                   By  /s/ Mark McKeon
25                                       MARK J. McKEON
                                         Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Citation against BOB Z. MILBURN be dismissed without prejudice in the interest of justice.

DATED: 2/29/08

_____
United States Magistrate Judge
SM SNYDER

CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA,          ) CITATION No. G583952
                                   )
        Plaintiff,                 )
   v.                              )
                                   )
BOB Z. MILBURN,                    )
                                   )
        Defendant.                 )
_____)

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on February 29, 2008, she served a copy of the attached:

MOTION AND ORDER FOR DISMISSAL OF CITATION

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Fresno, California.

| SERVICE BY MAIL | INTER-OFFICE DELIVERY |
|---|---|
|  | Mr. Marc Days<br>Federal Defender<br>Office of the Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226 |

Mary E. Steffora

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.   CITATION NO. P0485626/CA 74

BOB Z. MILBURN,

_____/

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, U.S. District Court, Eastern District of California. That on March 3, 2008, the original having been filed, I served a copy of the attached MOTION and ORDER FOR DISMISSAL of CITATION, by placing a copy in a postage-paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California, or by placing said copy in an inter-office delivery receptacle located in the Clerk's Office.

**SERVED BY MAIL:**    **SERVED BY INTER-OFFICE DELIVERY:**

    US ATTORNEY'S OFFICE:
       Misdemeanor Unit

    FEDERAL DEFENDER'S OFFICE:
       MARC DAYS

H.A. HERMAN, Deputy Clerk